# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSEPH NORDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: 1:21-cv-2825 |
| | ) | |
| PORTS OF INDIANA | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1.     Plaintiff, Joseph Nordman ("Nordman" or "Plaintiff"), by counsel, brings this action against Defendant, Ports of Indiana ("Defendant"), alleging violations of the Age Discrimination in Employment Act of 1967 ("ADEA").

### II. PARTIES

2.     Nordman is a resident of Cook County in the State of Illinois, who at all times relevant to this litigation resided within the geographical boundaries of the Northern District of Illinois.

3.     Defendant is a corporation that maintains offices and conducts business in the Southern District of Indiana.

### III. JURISDICTION AND VENUE

4.     Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 29 U.S.C. § 626.

5.     Defendant is an "employer" as that term is defined by 29 U.S.C. § 630(b).

1

6.　　At all times relevant to this action, Nordman was an "employee" as that term is defined by 29 U.S.C. § 630(f).

7.　　Nordman exhausted his administrative remedies by timely filing a Charge of Discrimination against Defendant with the Equal Employment Opportunity Commission alleging discrimination based on his age. Nordman files this complaint within ninety (90) days of receipt of his Notice of Right to Sue.

8.　　A substantial part of the events, transactions, and occurrences concerning this lawsuit arose in the geographical environs of the Southern District of Indiana; therefore, venue is proper in this Court.

## IV.　FACTUAL ALLEGATIONS

9.　　Nordman was born in the year 1965.

10.　　Nordman was hired by Defendant as a Port Engineer on or about September 18, 2018.

11.　　As evidenced by his performance evaluations, Nordman exceeded Defendant's legitimate performance expectations.

12.　　In or about November 2020, Defendant hired a new Chief Operating Officer., Andrew Hermer.

13.　　Hermer terminated Nordman's employment on or about March 11, 2021, for alleged insubordination because he filed a Rule 5 Stormwater Permit. However, Nordman filed said permit with express directions to do so from his supervisor, Tom Fifer.

14.　　In early 2021, Defendant's COO instructed Nordman to have Dyer Construction, a project contractor, submit an application for a Rule 5 permit for a specific project. Nordman

informed Defendant that it was Defendant's responsibility as the owner of the project to submit the application for the Rule 5 permit, instead of asking the project contractor to submit the application. Nevertheless, as instructed, Nordman contacted Kevin Horn at Dyer Construction and asked Dyer to submit the application. As instructed, Dyer completed and submitted the application during the last week of February, 2021.

14.     Doug Wolfe, from the Indiana Department of Environmental Management, emailed Nordman to inform him that Defendant, not the project contractor, was required to sign and submit Rule 5 permits. After extensive discussion with Wolfe, Nordman contacted his immediate supervisor, Tom Fifer, and explained the situation. Fifer directed Nordman to proceed with submitting the Rule 5 permit application as the signatory so that Defendant could move forward with the project. Nordman did so, and Wolfe informed Nordman that the permit was approved on or about March 5, 2021.  Nordman forwarded this approval to management.

15     Defendant's stated reason is pretext for age discrimination.

16.     Hermer terminated the employment of several older workers during the same timeframe for equally unsupported reasons, including Tom Fifer; Ian Hirt, the Port Director; and others.

## V.  CAUSES OF ACTION

17.     Nordman hereby incorporates by reference paragraphs one (1) through sixteen (16) of his complaint.

18.     Defendant discriminated against Nordman based on his age.

3

19.     Defendant willfully and intentionally discriminated against Nordman on the basis of his age in violation of the ADEA.

20.     Nordman has suffered and continues to suffer damages as a result of Defendant's unlawful actions.

## VI.  REQUESTED RELIEF

WHEREFORE, Plaintiff, Joseph Nordman, by counsel, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1.     Reinstate Nordman's employment to the position and salary he would have enjoyed but for Defendant's unlawful actions; and/or payment to Nordman of front pay in lieu thereof;

2.     Permanently enjoin Defendant from engaging in any employment policy or practice that discriminates against any employee on the basis of his/her age;

3.     Order that the Plaintiff be awarded any back pay he would have earned, including fringe benefits, with related monetary benefits and interest thereon, absent Defendant's unlawful acts;

4.     Award the Plaintiff compensatory and consequential damages in an amount sufficient to compensate Plaintiff for the damages caused by the Defendant's unlawful actions;

5.     Award the Plaintiff liquidated damages for Defendant's violations of the ADEA;

6.     Award the Plaintiff his costs and attorney's fees incurred as a result of bringing this action;

7.     Award the Plaintiff pre- and post-judgement interest on all sums recoverable; and

8.     Grant all other legal and/or equitable relief as may be just and proper.

Respectfully submitted,

/s Andrew Dutkanych
Andrew Dutkanych
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone:     (317) 991-4765
Facsimile:      (812) 424-1005
Email: ad@bdlegal.com

*Attorneys for Plaintiff, Joseph Nordman*

## **DEMAND FOR JURY TRIAL**

The Plaintiff, Joseph Nordman, by counsel, respectfully requests a jury trial as to all issues deemed so triable.

Respectfully submitted,

/s Andrew Dutkanych
Andrew Dutkanych
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone:     (317) 991-4765
Facsimile:      (812) 424-1005
Email: ad@bdlegal.com

*Attorneys for Plaintiff, Joseph Nordman*

5