**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JOSEPH NORDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:21-cv-02825-RLY-MG |
| | ) | |
| PORTS OF INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Joseph Nordman ("Nordman"), and Defendant, Ports of Indiana ("Defendant"), hereby stipulate to the dismissal of Nordman's claims, with prejudice, against Defendant and with each party to bear his or its own costs and attorneys' fees.

Respectfully submitted


*/s/ Ryan Sullivan*
Ryan Sullivan (Atty No. 34217-64)
BIESECKER, DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
Email: rsullivan@bdlegal.com

*/s/ Heather Wilson (with permission)*
Heather L. Wilson
FROST BROWN TODD LLC
P.O. Box 44961
Indianapolis, IN 46244
Email: hwilson@fbtlaw.com

Jennifer A. Rulon
FROST BROWN TODD LLC
9277 Centre Pointe Drive, Suite 300
West Chester, OH 45069
Email: jrulon@fbtlaw.com